IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50194
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

AMOS ELLIOTT, JR.,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. 94-CR-171-1
- - - - - - - - - -
November 30, 1995
Before WIENER, PARKER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Amos Elliott, Jr., has appealed the sufficiency of the evidence supporting his convictions for theft of government money and money laundering. Elliott argues that his convictions should be reversed because there is insufficient evidence that he stole money from the Government. We have reviewed the briefs and the record and discern no reversible error.

AFFIRMED.

---

[*] Local Rule 47.5 provides: "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession." Pursuant to that Rule, the court has determined that this opinion should not be published.